Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROXANNA LLOYD**

    Plaintiff,

    v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

    Defendant.

CV-10-6031-ST

ORDER FOR EAJA ATTORNEY FEES

Based upon the stipulation of the parties, the court finds that the hours expended in this case by Plaintiff's attorney are reasonable and hereby ORDERS that Plaintiff is awarded attorney fees in the amount of $5,696.64.

Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED

Dated this 6th day of April, 2011.

/s/ Marco A. Hernandez
United States District Judge

Prepared as to form
/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-Page 1