IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROXANNA D. LLOYD,  　　　　　　　　　　No. 3:10-CV-6031-ST

　　　　　　　　　　　　　　　　　　　　ORDER
　　　　　　　Plaintiff,

　　　v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,


　　　　　　　Defendant.


Alan Stuart Graf
Alan Stuart Graf P.C.
316 Second Rd
Summertown, TN 38483

　　　Attorney for Plaintiff

/ / /
/ / /

1 - ORDER

Adrian L. Brown
U.S. Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204

David J. Burdett
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104-7075

    Attorneys for Defendant

HERNANDEZ, District Judge:

    Magistrate Judge Stewart issued a Findings and Recommendation (#34) on November 4, 2011, in which she recommends that this Court grant plaintiff's Unopposed Motion for Attorney Fees. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

    I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#34). Accordingly, plaintiff's Unopposed Motion for Attorney Fees (#30) is granted in the sum of $8,875.75, from which the EAJA fee award of $5,696.64 should be subtracted, for a total award

of $3,179.11.

IT IS SO ORDERED.

DATED this 23rd day of November, 2011.

      /s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

3 - ORDER